**From:** Zinski, Jonathan (IT HelpDesk Campus Support) <jzinski@liberty.edu>
**Sent:** Wednesday, July 5, 2023 8:44 AM
**To:** employeerelations <employeerelations@liberty.edu>
**Subject:** Request for Collaboration on a Personal Matter

Dear Human Resources,

I hope this letter finds you well. My name is Jonathan Zinski, and I currently serve as an Information Services Apprentice at the IT Helpdesk on campus, currently in Green Hall.

Since my official start date on February 20th, 2023, I have cherished every moment spent in this esteemed institution. I have had the pleasure to foster friendships, acquire new skills, and consistently grow in my role. I am incredibly thankful for the opportunity and the trust you placed in me, particularly after I initially had to decline a job offer for this role when I was in the process of donating my kidney in 2022.

Today, I am reaching out to address a deeply personal matter that has been part of my journey. For the past nine months, I have been undergoing hormone replacement therapy (HRT), a decision reached after thorough consultation with several health professionals. I was initially prescribed male hormones during my adolescence to address hormonal issues, but this treatment led to various health complications. It was later determined that a regimen of female hormones is more beneficial to my overall health and wellbeing. This transition, although not a conventional one, has necessitated significant adjustments on my part.

In light of the physical changes this medication entails, I plan to legally change my name to Ellenor in the near future. I have chosen to disclose this information now to avoid potential miscommunication or misunderstanding in the future. I recently completed my 90-day review, which I am happy to say included praise about my performance, particularly impressive given my tenure, and it is my fervent wish to maintain that momentum moving forward.

My faith has been a guiding force throughout this process. I firmly believe that God led me to Liberty University, and I wholeheartedly subscribe to the university's mission of "Training Champions for Christ". I am an active member of a local Christian church and strive to manifest God's love and compassion, and to bear fruit in my daily interactions.

The public discourse surrounding the transgender community has imbued my journey with a certain degree of trepidation. However, I am hopeful that with your support and understanding, we can navigate this process with sensitivity and respect for all parties involved, ensuring it does not reflect negatively on either the University or myself.

Please understand that my medical treatment and self-identification as a trans woman do not alter my work performance or professional conduct. I am grateful for the acceptance I have found at Liberty University, especially from a few colleagues who have known about my situation from early on, and my goal remains to serve our community to the best of my abilities.

**EXHIBIT A**

In closing, I appreciate your understanding and your previous accommodations with regard to my health. I earnestly pray that we can turn this situation into a testament to God's grace, and hopefully, a beacon of acceptance for those who might feel estranged due to their unique paths.

Thank you for your consideration and understanding.

Yours sincerely,
Jonathan (soon to be Ellenor) Zinski

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.