# LIBERTY UNIVERSITY.
## Human Resources

August 9, 2023

Jonathan,

Your recent email seeking to address your plans to attempt to transition from your birth gender through hormones and a new name has come to my attention. Thank you for your detailed explanations. This response hopefully addresses the situation in a respectful and God-honoring way, which is certainly my prayer and intention. Employing a person who takes the measures you describe to deny the biological and chromosomal sex God assigned at birth would not be consistent with Liberty University's values or advance its religious mission. I write to explain why.

Having employees select from an array of genders with which they would choose to identify is a new construct that presupposes gender fluidity and invites employees to share with others how they should be perceived and addressed. Liberty does not believe such identification and flexibility is either necessary or appropriate in its workplace. We believe the way people traditionally discerned their sex at birth and therefore how to address others has worked well for centuries and raised no conflicts with our Christian faith. Indeed, modern biology and genetics have confirmed our ability to discern and confirm God's design for male and female. Liberty must continue consistently using those traditional approaches, even if parts of the world embrace new practices and employ means such as hormone therapy to simulate a new sex or gender. Those practices are out of step with Liberty's clearly defined and publicly posted Doctrinal Statement. You can read it here: https://www.liberty.edu/about/doctrinal-statement/ . I recognize that some have come to faiths that are different than Liberty's and, while we respect their rights to have such faiths and act in accordance with them, we strive to be clear about ours and employ a workforce that acts in accordance with it in order to protect our religious mission. This does not mean that Liberty condones any hostile treatment to any individuals who disagree with us. On the contrary, as Christians we must love our neighbors as we love ourselves.

But, I would like to remind you that all employees are provided a copy of the Doctrinal Statement and acknowledge it as part of the onboarding process. Our records show you were no exception when you began full-time employment in February of 2023, only five months ago and apparently four months into your hormone regimen. A few elements of particular note are that evidence of a Christian lifestyle of virtue that avoids sin includes the virtues of upholding the God-given worth of all human beings, from conception to death, as the unique image-bearers of God; treating all people impartially, seeing them as equals before God and worthy of salvation; and pursuing unity and embrace people of all tribes and tongues as part of God's design for humanity. Even so, it notes clearly that, "Human beings were directly created, not evolved, in the very image of God, as either biologically male or female from the womb." Additionally, "Sinful acts are prohibited by God and include...denial of birth sex by self-identification with a different gender."

Liberty will look to its Doctrinal Statement when discerning the appropriate balance on workplace inclusivity, acceptance and grace. We do not think permitting employees to express their "chosen" gender identity at work is appropriate or consistent with the distinctive Christian workplace that is Liberty University. The idea that man has the final say when it comes to sex or gender is simply inconsistent with the part of Liberty's Doctrinal Statement which recognizes that the God of creation chooses gender.

**EXHIBIT B**

Christianity is about love for all people and not seeing people as the sum of their good or bad actions, but rather as image bearers of God who are to be loved and pointed to our common need for a relationship in Christ, our savior, for the forgiveness of our sins and the grace of eternal life with Him. A person's attractions and status generally do not preclude them from employment at Liberty, but rather it is their actions. Active and unrepentant patterns of sin, including sinful behaviors regarding sexual expression and/or gender expression, would be incompatible with our Christian workplace. At Liberty, these are indeed part and parcel of job performance and workplace conduct.

I appreciate your forthrightness in disclosing the information you have shared in your email about what you have done thus far and intend to do in the future. I am sure you see this as a personal issue but hope you recognize that Liberty has to also view it as an institutional issue.

As you make these adjustments, Liberty will not make adjustments to its Doctrinal Statement and mission to accommodate your adjustments. As a religious educational institution and workplace, based upon Liberty's Doctrinal Statement and in order to fulfill its mission, Liberty does not and will not permit employees to undertake the efforts you describe to transition away from one's birth gender through hormones and a new name, with or without surgery. I, too, hope to avoid any miscommunication. So, if I have somehow misunderstood what you are doing or planning to do, please reply with additional information so that I can consider that. For instance, in the very rare cases of an intersex birth or of a chromosomally female being misassigned a male sex at birth, Liberty would want to carefully consider those individual circumstances in applying its Doctrinal Statement. I do not understand from the information you have presented that such is your circumstance.

Please reply to this email and confirm what your final decision about transition is and the timing, and we welcome you providing any additional information about your circumstances for Liberty to consider in order to better understand your situation.

We are prepared to discuss how and when it would be most appropriate to apply Liberty's policies to your decision once your decision is firmly stated and understood. I, too, am happy to consider the paths forward that are sensitive and respectful to all involved and would welcome your input on options. In the end, Liberty must select the path most consistent with what we understand God would have us take, based on our Doctrinal Statement.

Thank you for writing and giving me the opportunity to clarify this.

**Steve Foster '95**
*Executive Vice President*
**Human Resources**

(434) 592-3345

# LIBERTY
UNIVERSITY

*Liberty University | Training Champions for Christ since 1971*