IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/31/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

ELLENOR ZINSKI,

    Plaintiff,

v.       Case No. 6:24-cv-00041

LIBERTY UNIVERSITY, INC.,

    Defendant.

### ORDER

Pursuant to Local Rule 6(i) and for good cause shown, the Court hereby **GRANTS** the Motion to Withdraw the Appearance of Samantha Westrum as counsel for Plaintiff in the above captioned case. ECF No. 35.

It is **ORDERED** that the Clerk of the Court remove Samantha Westrum's appearance as counsel of record for Plaintiff and remove her from the CM/ECF service list in the above captioned matter.

So ORDERED this 31st day of January, 2025.

_____
Hon. C. Kailani Memmer
United States Magistrate Judge