CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/21/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ELLENOR ZINSKI, *Plaintiff,* v. LIBERTY UNIVERSITY, INC., *Defendant.* | CASE NO. 6:24-cv-00041 ORDER JUDGE NORMAN K. MOON |

Plaintiff Ellenor Zinski sues her former employer, Defendant Liberty University, asserting one claim of sex-based employment discrimination in violation of Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e *et seq*. Now before the Court is Liberty's motion to dismiss, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. *See* Dkt. 11 (motion); Dkt. 12 (brief in support).

As explained in the Court's accompanying memorandum opinion, none of Liberty's proposed defenses are supported by the law on the facts thus far presented. The Court therefore **DENIES** Liberty's motion to dismiss, **Dkt. 11**.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 21st day of February, 2025.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE