IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| ELLENOR ZINSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. **6:24-cv-41-NKM** |
| | ) |
| LIBERTY UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT LIBERTY UNIVERSITY INC.'S NOTICE OF APPEAL
### FROM ORDER DENYING MOTION TO DISMISS

Defendant, Liberty University, Inc. ("Liberty University"), pursuant to 28 U.S.C. §1291 and the collateral order doctrine,[1] hereby notices its appeal from the Court's Memorandum Opinion (ECF No. 37) and Order (ECF No. 38) denying Liberty University's Motion to Dismiss, entered on February 21, 2025.

Respectfully submitted,

/s/ Daniel J. Schmid
Mathew D. Staver*
Horatio G. Mihet*
Daniel J. Schmid (VA Bar 84415)
*Attorneys for Defendant Liberty University, Inc.*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Email: court@LC.org
       hmihet@LC.org
       dschmid@LC.org

*Admitted pro hac vice

---

[1] *E.g.*, *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949); *Mohawk Indus., Inc. v. Carpenter*, 558 U.S. 100 (2009); *Will v. Hallock*, 546 U.S. 345, 350-53 (2006).

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2025, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via this Court's ECF/electronic notification system.

/s/ Daniel J. Schmid
Daniel J. Schmid