**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | | |
|---|---|---|
| **ELLENOR ZINSKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:24-cv-41-NKM** |
| | ) | |
| **LIBERTY UNIVERSITY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT LIBERTY UNIVERSITY'S MOTION TO CERTIFY INTERLOCUTORY APPEAL ON ORDER DENYING MOTION TO DISMISS**

**and**

**REQUEST FOR EXPEDITED CONSIDERATION**

Pursuant to 28 U.S.C. §1292(b) and Local Rule 11(c), Defendant, Liberty University, Inc. ("Liberty University"), hereby moves this Court to certify its Memorandum Opinion (ECF No. 37) and Order (ECF No. 38) denying Liberty University's Motion to Dismiss for an interlocutory appeal. Liberty University's grounds for the requested relief are more fully set forth in the accompanying Memorandum of Law, filed simultaneously herewith.

Respectfully submitted,

/s/ Daniel J. Schmid
Mathew D. Staver*
Horatio G. Mihet*
Daniel J. Schmid (VA Bar 84415)
*Attorneys for Defendant Liberty University, Inc.*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Email: court@LC.org
hmihet@LC.org
dschmid@LC.org
*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2025, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via this Court's ECF/electronic notification system.

/s/ Daniel J. Schmid
Daniel J. Schmid