UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| ELLENOR ZINSKI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 6:24-cv-41-NKM |
| ) | |
| LIBERTY UNIVERSITY, INC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

COMES NOW Plaintiff, pursuant to Fed. R. Civ. P. 37, and hereby moves the Court for an order compelling Defendant to produce the documents requested in discovery for the reasons stated in the accompanying memorandum of law filed herewith.

Date:   March 7, 2025

Respectfully Submitted,

ELLENOR ZINSKI

*/s/  Paul M. Falabella*
Paul M. Falabella (VSB No. 81199)
Samantha Galina (VSB No. 96981)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: paul@butlercurwood.com
           samantha@butlercurwood.com

Wyatt S.M. Rolla (VSB No. 85625)
Eden Brooke Heilman (VSB No. 93554)
ACLU of Virginia

        P.O. Box 26464
        Richmond, Virginia 23261
        Telephone: (804) 418-1980
        Email:  wrolla@acluva.org
        eheilman@acluva.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2025, the foregoing was sent to all counsel of record via the Court's electronic CM/ECF system.

        */s/ Paul M. Falabella*
        Paul M. Falabella (VSB No. 81199)