FILED:  March 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1228
(6:24-cv-00041-NKM-CKM)

_____

ELLENOR ZINSKI

Plaintiff - Appellee

v.

LIBERTY UNIVERSITY, INC.

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Lynchburg |
| Originating Case Number | 6:24-cv-00041-NKM-CKM |
| Date notice of appeal filed in originating court: | 03/03/2025 |
| Appellant(s) | Liberty University, Inc. |
| Appellate Case Number | 25-1228 |
| Case Manager | Kirsten Hancock 804-916-2704 |