IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| ELLENOR ZINSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. **6:24-cv-41-NKM** |
| LIBERTY UNIVERSITY, INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT LIBERTY UNIVERSITY'S NOTICE THAT MOTION TO CERTIFY INTERLOCUTORY APPEAL IS RIPE FOR ADJUDICATION WITHOUT HEARING**

Pursuant to Local Rule 11(b) and the Court's current Scheduling Order (ECF No. 15, ¶11), Defendant Liberty University, Inc. ("Liberty University") hereby files this Notice that its Motion to Certify Interlocutory Appeal (ECF No. 41) is ripe for adjudication without a hearing.

Respectfully submitted,

/s/ Daniel J. Schmid
Mathew D. Staver*
Horatio G. Mihet*
Daniel J. Schmid (VA Bar 84415)
*Attorneys for Defendant Liberty University, Inc.*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Email: court@LC.org
   hmihet@LC.org
   dschmid@LC.org

*Admitted Pro hac vice

## CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of March, 2025, I caused a true and correct copy of the foregoing to be electronically filed with this Court. Service will be effectuated on all counsel of record via this Court's ECF/electronic notification system.

            /s/ Daniel J. Schmid
            Daniel J. Schmid