CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/3/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ELLENOR ZINSKI,<br><br>*Plaintiff,*<br><br>v.<br><br>LIBERTY UNIVERSITY, INC.,<br><br>*Defendant.* | CASE NO. 6:24-cv-00041<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Plaintiff Ellenor Zinski sues her former employer, Defendant Liberty University, asserting one count of sex discrimination in violation of Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e *et seq*. After Liberty moved to dismiss Zinksi's complaint based on various statutory and constitutional defenses, this Court denied Liberty's motion on all grounds. *See* Dkt. 38 (order denying motion to dismiss). However, the Court acknowledged that Liberty's motion presented several challenging questions of law for this District and the Fourth Circuit. *See* Dkt. 37 (memorandum opinion). Liberty now moves to certify the Court's order for interlocutory appeal under 28 U.S.C. § 1292(b). *See* Dkt. 41 (motion); Dkt. 42 (brief in support).

For the reasons set forth in the accompanying memorandum opinion, the Court **GRANTS** Liberty's motion, **Dkt. 41**. The Court will **CERTIFY** its prior order, Dkt. 38, for interlocutory appeal to the Fourth Circuit by issuing an amended order and opinion. *See* Fed. R. App. P. 5(a)(3).

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 3rd day of April, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE