CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/3/2025

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ELLENOR ZINSKI,<br><br>　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>LIBERTY UNIVERSITY, INC.,<br><br>　　　　　　　　　*Defendant.* | Case No. 6:24-cv-00041<br><br>AMENDED ORDER<br><br>Judge Norman K. Moon |

　　Plaintiff Ellenor Zinski sues her former employer, Defendant Liberty University, asserting one claim of sex discrimination in violation of Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e *et seq*. Now before the Court is Liberty's motion to dismiss, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. *See* Dkt. 11 (motion); Dkt. 12 (brief in support).

　　As explained in the Court's accompanying memorandum opinion, none of Liberty's proposed defenses are supported by the law on the facts thus far presented. The Court therefore **DENIES** Liberty's motion to dismiss, **Dkt. 11**.

　　However, as explained in a separate order and opinion, the Court concludes that the proper interpretation of Sections 702 and 703 of Title VII is (1) a controlling question of law (2) about which there is substantial ground for difference of opinion and (3) an immediate appeal therefrom may materially advance the termination of the litigation. *See* 28 U.S.C. § 1292(b). The Court therefore **CERTIFIES** its order in this matter for **interlocutory appeal** to the Fourth

Circuit. *See* Fed. R. App. P. 5(a)(3).

    The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 3rd day of April, 2025.

                                                    NORMAN K. MOON
                                                    SENIOR UNITED STATES DISTRICT JUDGE